RUPP, Respondent, v. STEINER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Jacob Rupp by William Rupp, guardian, against Henry Steiner and others. F. Moss, of

New York City, for appellants. J. F. McIntyre, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

SCOTT and HOTCHKISS, JJ., dissent, and vote for reversal, on the ground that the verdict was against the weight of evidence.